**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Denise Howard, et al., ) | |
| ) | CV-06-2361-PHX-PGR |
| Plaintiffs, ) | CV-06-2918-PHX-HRH |
| ) | |
| vs. ) | |
| ) | ORDER |
| Ryan Gallaugher, et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to the oral consent of the parties' counsel at the Scheduling Conference held on March 5, 2007,

IT IS ORDERED that the plaintiffs' Motion to Consolidate Actions & Transfer Case to Hon. Russel Holland (doc. #23-1) is granted solely to the extent that CV-06-2918-PHX-HRH is transferred to the Honorable Paul G. Rosenblatt pursuant to LRCiv 42.1(a).

IT IS FURTHER ORDERED that CV-06-2918-PHX-PGR is dismissed in its entirety without prejudice as duplicative of CV-06-2361-PHX-PGR.

IT IS FURTHER ORDERED that the plaintiffs' Motion for Sole Reference to

/ / /

- 1 -

1 | Complaint Filed in CV 06-2361-PHX-PGR (doc. #23-2) is denied as moot.

2 | DATED this 5th day of March, 2007.

*(signature)*
Paul G. Rosenblatt
United States District Judge